Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: (775) 785-5440
Email: nkanute@swlaw.com

*Attorneys for Plaintiff Prime Victor International Limited*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PRIME VICTOR INTERNATIONAL LIMITED,<br><br>  Plaintiff,<br><br>vs.<br><br>SIMULACRA CORPORATION,<br><br>  Defendant. | Case No. 3:23-ms-00014<br><br>**MOTION FOR CHARGING ORDER AGAINST SIMULACRA CORPORATION**<br><br>HEARING REQUESTED |

Plaintiff Prime Victor International Limited ("PVI"), a business company formed under the laws of the British Virgin Islands, respectfully requests this Court, pursuant to Fed. R. Civ. P. 69 and Nevada Revised Statutes ("NRS") 86.401(1), enter an Order charging Simulacra Corporation's ("Simulacra"), a Delaware corporation registered as a foreign corporation in Nevada, membership interest in Abyss Creations, LLC ("Abyss"), a Nevada limited-liability company, with payment of the unsatisfied amount of PVI's judgment against Simulacra, with interest, as provided by law.[1]

This Motion is based on the pleadings and papers on file, the Memorandum of Points and Authorities below, the declaration of Benjamin D. Bloodstein filed herewith ("Bloodstein Decl."), and any oral argument that this Court may entertain.

///

---

[1] The Entity Information pages from the Nevada Secretary of State's SilverFlume system for Simulacra and Abyss are collectively attached hereto as **Exhibit 1**.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.　INTRODUCTION

PVI obtained a judgment against Simulacra in the U. S. District Court for the District of Delaware (the "Delaware Court"). Pursuant to 28 U.S.C. § 1963, PVI registered the Delaware judgment in this Court on October 26, 2023. Simulacra is a Delaware corporation, registered to do business in Nevada. Its primary assets are its ownership or membership interests in other companies. One of those other companies, Abyss, is a Nevada limited-liability company. PVI seeks to enforce its Delaware judgment by, among other things, obtaining a charging order against Simulacra's interests in Abyss.

### II.　STATEMENT OF FACTS

On August 7, 2023, the Delaware Court entered judgment in favor of PVI against Simulacra as follows: (1) in the amount of $1,518,862.66, and (2) for post-judgment interest until payment at the rate of either 5.38% or applicable statutory rate pursuant to 28 U.S.C. § 1961 (together, the "Final Judgment"). [ECF No. 1.] On October 11, 2023, the Delaware Court found good cause to allow PVI to register the Final Judgment in other districts and entered an order granting PVI's "motion to register the Final Judgment in the Southern District of California, District of Nevada, and in other Districts where [PVI] determinate [Simulacra] has real and/or personal property" after October 25, 2023. [*Id.*] PVI registered the Final Judgment with this Court on October 26, 2023, and, pursuant to 28 U.S.C. § 1963, the Final Judgment now has "the same effect as a judgment of the district court of the district where registered and may be enforce in like manner."

The Final Judgment remains unsatisfied. Bloodstein Decl. ¶ 6. Although the Final Judgment is on appeal, Simulacra has not sought or obtained a stay pending appeal and has not posted a supersedeas bond. *Id.* at ¶ 7. Simulacra holds 75% of membership interests in Abyss, a Nevada LLC. *Id.* at ¶ 8.

### III.　ARGUMENT

This Court has authority to enter a charging order against a member's interest in a limited-

liability company pursuant to NRS 86.401(1), which states:

> [o]n application to a court of competent jurisdiction by any judgment creditor of a member, the court may charge the member's interest with payment of the unsatisfied amount of the judgment with interest. To the extent so charged, the judgment creditor has only the rights of an assignee of the member's interest.

*See Goodwin v. John*, 2022 WL 17555466 (Nov. 1, 2022, D. Nev.) (granting a charging order on judgment debtor's LLC interests under NRS 86.401); *Weddell v. H20, Inc.*, 271 P.3d 743, 748-50 (Nev. 2012) (disavowed on other grounds by *Tahican, LLC v. Eighth Judicial Dist. Ct.*, 523 P.3d 550, 554 (Nev. 2023)).

In *Weddell v. H20, Inc.*, the Supreme Court of Nevada examined NRS 86.401(1) and discussed the nature of the charging order. 271 P.3d at 748-50 (Nev. 2012). The Court noted that a charging order provides the judgment creditor with access to the judgment debtor's share of the distributions of the LLC, without the judgment creditor taking an interest in the LLC's assets or participating in management or administration of the business. *Id*. at 750. It is a way to provide a creditor with some access to recovery against the LLC interest while still protecting other members and the business. *Id.* Once a charging order is entered, the judgment debtor has no "right to future LLC distributions to the extent of the charging order." *Id.*

PVI's Final Judgment remains unsatisfied. Both Simulacra and Abyss are subject to this Court's jurisdiction, as Nevada registered business entities. Based on the foregoing, PVI is entitled to a charging order against Simulacra's 100% membership interest in Abyss and respectfully requests that the Court grant the same.

## IV.  CONCLUSION

For the reasons set forth herein, PVI respectfully requests that this Court issue an Order charging Simulacra's interest in Abyss with payment of the Final Judgment. The form of the proposed Charging Order is attached hereto as **Exhibit 2**.

/ / /

/ / /

/ / /

/ / /

Dated: November 1, 2023                     SNELL & WILMER L.L.P.

By: /s/ *Nathan G. Kanute*
Nathan G. Kanute (NV Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961

*Attorneys for Plaintiff Prime Victor International Limited*

Exhibit List

1. Entity Information from Nevada SilverFlume website        6 pages
2. Proposed Charging Order                                    5 pages